# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Liberty Energy Inc. et al.
Plaintiff

v.

Securities and Exchange Commission
Defendant

3:24-cv-739
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiffs Liberty Energy Inc. and Nomad Proppant Services LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

Liberty Energy Inc.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Liberty Energy Inc., Nommad Proppant Services LLC

| | |
|---|---|
| Date: | Mar. 28, 2024 |
| Signature: | /s/ Jonathan Berry |
| Print Name: | Jonathan Berry |
| Bar Number: | 1016352DC |
| Address: | 801 17th St NW, Suite 350 |
| City, State, Zip: | Washington, DC 20006 |
| Telephone: | 202-955-0620 |
| Fax: | |
| E-Mail: | jberry@boydengray.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.