# AFFIDAVIT OF R. TRENT MCCOTTER

## PROOF OF SERVICE

1. My name is R. Trent McCotter. I am counsel in *Liberty Energy Inc. v. SEC*, No. 3:24-cv-739 (N.D. Tex.). I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. I make this declaration pursuant to Federal Rule of Civil Procedure 4(*l*), which states that "proof [of service] must be by the server's affidavit." Fed. R. Civ. P. 4(*l*).

3. On May 22, 2024, I served the summons and complaint in this matter on the U.S. Attorney's Office for the Northern District of Texas, on the Attorney General of the United States, and on the SEC by causing those specified items to be sent via U.S. Postal Service certified mail.

4. Under Rule 4(i)(1)–(2), service on the SEC was effective upon the "send[ing]" of those items via certified mail.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 22, 2024