UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Liberty Energy Inc. et al.<br>*Plaintiff* | § | |
| | § | |
| | § | |
| | § | |
| v. | § | Case No. 3:24-cv-739-S |
| | § | |
| | § | |
| Securities and Exchange Commission<br>*Defendant* | § | |
| | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Securities and Exchange Commission, with offices at

100 F Street NE
(Street Address)

Washington (City) DC (State) 20549 (Zip Code)

202-551-5774 (Telephone No.) N/A (Fax No.)

**II.** Applicant will sign all filings with the name Daniel Staroselsky.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Securities and Exchange Commission

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

For Court Use Only.
Bar Status Verified:
____________

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of Illinois, where Applicant regularly practices law.

Bar license number: 6292004 Admission date: 5/10/2007

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| see attachment | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None.

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None.

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None.

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| N/A | N/A |
| | |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Jason Rose, who has offices at

801 Cherry Street, Suite 1900
(Street Address)

Fort Worth (City) TX (State) 76102 (Zip Code)

(817) 978-1408 (Telephone No.)

(817) 978-4927 (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 6th day of June, 2024.

Daniel Staroselsky

______________________
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

**Additional Bar Information**

U.S. District Court for the Northern District of Illinois – active – admitted 2007

U.S. Court of Appeals for the First Circuit – active – admitted 2011

U.S. Court of Appeals for the Second Circuit – active – admitted 2012

U.S. Court of Appeals for the Fourth Circuit – active – admitted 2021

U.S. Court of Appeals for the Seventh Circuit – active – admitted 2008

U.S. Court of Appeals for the Ninth Circuit – active – admitted 2012

U.S. Court of Appeals for the Tenth Circuit – active – admitted 2012

U.S. Court of Appeals for the Eleventh Circuit – active – admitted 2012

U.S. Court of Appeals for the District of Columbia Circuit – active – admitted 2012

U.S. Supreme Court – active – admitted 2014



Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
6/6/2024

Re: Daniel Staroselsky
Attorney No. 6292004

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Daniel Staroselsky was admitted to practice law in Illinois on 5/10/2007; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: ______________________

Andrew Oliva
Registrar