IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LIBERTY ENERGY INC.; NOMAD PROPPANT SERVICES LLC, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 3:24-cv-739-S |
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| *Defendant.* | § § | |

**JOINT MOTION TO HOLD CASE IN ABEYANCE**

Plaintiffs Liberty Energy Inc. and Nomad Proppant Services LLC and Defendant Securities and Exchange Commission submit this joint motion to hold this case in abeyance. The Plaintiffs challenge rules adopted by the Commission that have also been challenged in eleven petitions for review—including a petition filed by the Plaintiffs before they filed this Complaint—that have been consolidated in the Eighth Circuit.[1] Litigation in those consolidated proceedings is ongoing, and the parties agree that this case should be held in abeyance pending the resolution of those petitions.

On March 6, 2024, the Commission adopted rules that require registrants to, among other things, disclose certain information in their registration statements and annual reports about climate-related risks that they determine have or will likely have a material impact on their

---

[1] Two of these petitions have since been voluntarily dismissed. *See* Judgment, ECF No. 5401344, *Nat. Res. Def. Coun., Inc. v. SEC*, No. 24-1623 (8th Cir. June 6, 2024); Judgment, ECF No. 5401351, *Sierra Club v. SEC*, No. 24-1633 (8th Cir. June 6, 2024).

1

business.  *See The Enhancement and Standardization of Climate-Related Disclosures for Investors*, Securities Act Release No. 33-11275 (Mar. 6, 2024), published at 89 Fed. Reg. 21,668 (Mar. 28, 2024) ("Final Rules").  Within ten days after the Commission's adoption of the Final Rules, nine petitions for review of those rules were filed in various courts of appeals, and on March 21, 2024, the Judicial Panel on Multidistrict Litigation consolidated those petitions under 28 U.S.C. § 2112 in the Eighth Circuit.  *See* Consolidation Order, ECF No. 5375953-2, *Iowa v. SEC*, No. 24-1522 (8th Cir. Mar. 22, 2024).  Two additional petitions for review have since been filed, both of which have also been transferred to the Eighth Circuit.  *Nat'l Legal & Policy Ctr. v. SEC*, No. 24-1685 (8th Cir.); *Nat'l Ctr. for Pub. Policy Res. v. SEC*, No. 24-2173 (8th Cir.).  Litigation in the consolidated proceedings is ongoing, and the Eighth Circuit issued a merits briefing schedule on May 20, 2024, that will conclude such briefing on September 3, 2024.  Order, ECF No. 5395653, *Iowa v. SEC*, No. 24-1522 (8th Cir.).

On March 28, 2024, the Plaintiffs filed the Complaint in this case.  ECF No. 1.  As that Complaint states, the Plaintiffs previously filed a petition for review of the Final Rules in the Fifth Circuit that has since been transferred to the Eighth Circuit, *id.* ¶ 5, and they filed this Complaint "in an abundance of caution" in the event the Eighth Circuit determines that it does not have jurisdiction over any portion of their challenge to the Final Rules, *id.* ¶ 6.

On April 4, 2024, the Commission issued an order staying the Final Rules "pending the completion of judicial review of the consolidated Eighth Circuit petitions."  Order Issuing Stay, In re Enhancement and Standardization of Climate-Related Disclosures for Investors, File No. S7-10-22 (Apr. 4, 2024), https://www.sec.gov/files/rules/other/2024/33-11280.pdf.

In light of ongoing litigation involving that petition and the other consolidated petitions in the Eighth Circuit, and also given the parties' position that the Eighth Circuit is the appropriate court to hear those challenges, the parties agree that this action should be held in

2

abeyance pending the disposition of those consolidated petitions, and they respectfully request that the Court enter the attached proposed order.

Respectfully submitted,

| | |
|---|---|
| */s/ Jonathan Berry* | */s/ Jason J. Rose* |
| Jonathan Berry (NDTX # 1016352DC) | Jason J. Rose |
| R. Trent McCotter* |    Texas Bar No. 24007946 |
| Caleb Orr* | Securities and Exchange Commission |
| BOYDEN GRAY PLLC | 801 Cherry Street, Suite 1900 |
| 801 17th Street Nw., Suite 350 | Fort Worth, Texas 76102 |
| Washington, DC 20006 | (817) 978-1408 (phone) |
| (202) 955-0620 | (817) 978-4927 (facsimile) |
| jberry@boydengray.com | rosej@sec.gov |
| | |
| Katherine C. Yarger* | Tracey A. Hardin* |
| LEHOTSKY KELLER COHN LLP | Daniel Staroselsky (admitted *pro hac vice*) |
| 700 Colorado Blvd # 407 |    Illinois Bar No. 6292004 |
| Denver, CO 80206 | Samuel Goldstein** |
| | John R. Rady (admitted *pro hac vice*) |
| |    New York Bar No. 5683057 |
| | Securities and Exchange Commission |
| | 100 F Street, NE |
| | Washington, DC 20549 |
| | (202) 551-5100 (phone) |
| | staroselskyd@sec.gov |
| | radyjo@sec.gov |
| | |
| *Counsel for Plaintiffs Liberty Energy Inc. and Nomad Proppant Services LLC* | *Counsel for Defendant Securities and Exchange Commission* |

Date: June 18, 2024

\* Motion for *pro hac vice* forthcoming
\*\* Motion for *pro hac vice* submitted

3

## **CERTIFICATE OF CONFERENCE**

On May 21, 2024 and June 11, 2024, counsel for Plaintiffs and the Defendant conferred on this motion, which the parties jointly submit.

*/s/ Jason J. Rose*
Jason J. Rose

## **CERTIFICATE OF SERVICE**

I affirm that on June 18, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court for the Northern District of Texas, Dallas Division, by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Jason J. Rose*
Jason J. Rose