# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| LIBERTY ENERGY INC. and<br>NOMAD PROPPANT SERVICES LLC | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 3:24-CV-0739-S |
| SECURITIES AND EXCHANGE<br>COMMISSION | §<br>§<br>§ | |

## ORDER

Before the Court is the Joint Motion to Hold Case in Abeyance ("Motion") [ECF No. 13]. The Court **GRANTS** the Motion. This case is **STAYED** and **ADMINISTRATIVELY CLOSED** pending resolution of the consolidated Eighth Circuit petitions, without prejudice to the case being reopened upon motion by any party to enter a judgment or order of dismissal or for further proceedings.

**SO ORDERED.**

SIGNED June 20, 2024.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE