UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **LIBERTY ENERGY INC.; NOMAD PROPPANT SERVICES LLC,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**SECURITIES AND EXCHANGE COMMISSION,**<br><br>*Defendant*. | Case No. 3:24-cv-739<br><br>**NOTICE OF APPEARANCE OF JARED M. KELSON AS COUNSEL** |

This Notice of Appearance serves to inform the Court that Jared M. Kelson will appear as counsel for Plaintiffs Liberty Energy Inc. and Nomad Proppant Services LLC in the above-captioned case. Mr. Kelson is a member in good standing with the D.C. Bar and is authorized to practice in the Northern District of Texas. His contact information is in the signature block below.

Respectfully submitted this 23rd day of October 2025.

*/s/ Jared M. Kelson*
Jared M. Kelson (NDTX # 241393DC)
BOYDEN GRAY PLLC
800 Connecticut Ave NW, Suite 900
Washington, DC 20006
(202) 955-0620
jkelson@boydengray.com

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system, which will serve all parties automatically.

| | |
|---|---|
| Dated: October 23, 2025 | _/s/ Jared M. Kelson_<br>Jared M. Kelson |