UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **LIBERTY ENERGY INC.; NOMAD PROPPANT SERVICES LLC,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**SECURITIES AND EXCHANGE COMMISSION,**<br><br>*Defendant*. | Case No. 3:24-cv-739<br><br>**MOTION TO WITHDRAW JONATHAN BERRY AS COUNSEL** |

Jonathan Berry, counsel for Plaintiffs, is leaving employment at Boyden Gray PLLC and hereby respectfully moves to withdraw as counsel for Plaintiffs. They will continue to be represented by Jared M. Kelson of Boyden Gray PLLC, who has filed an appearance.

Respectfully submitted this 23rd day of October 2025.

*/s/ Jonathan Berry*
Jonathan Berry (NDTX # 1016352DC)
Jared M. Kelson (NDTX # 241393DC)
BOYDEN GRAY PLLC
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
(202) 955-0620
jberry@boydengray.com

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system, which will serve all parties automatically.

Dated: October 23, 2025                             <u>*/s/ Jonathan Berry*</u>
                                                    Jonathan Berry