UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LIBERTY ENERGY INC.; NOMAD PROPPANT SERVICES LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>*Defendant*. | Case No. 3:24-cv-00739-S |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion to Withdraw Jonathan Berry as Counsel ("Motion"), filed October 23, 2025. The Court **GRANTS** the Motion and **DIRECTS** the Clerk of the Court that Jonathan Berry be withdrawn as counsel in this case.

**SO ORDERED** on this ___ day of October 2025.

_____
**HON. KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**